#4

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| versus | § CIVIL ACTION B-98-137 |
| | § |
| EX-USS CABOT/DEDALO, its engines tackle, apparel, appurtenances, etc., *in rem*, | § |

United States District Court
Southern District of Texas
ENTERED

FEB 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order of Dismissal

This case is dismissed pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DONE at Brownsville, Texas, this ___ day of February 1999.

_____
Hilda G. Tagle
United States District Judge